# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:17-cv-00152-MOC-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| APPROXIMATELY $86,032.06 IN FUNDS SEIZED INCIDENT TO THE ARREST AND EXECUTION OF SEARCH WARRANTS AS TO CAMERON JERVASE BOWERS, | ) ) ) ) ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court on plaintiff's Motion for Default Judgment and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 19, 2017 Order.

October 19, 2017

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court